A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Jul 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 16, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

$C-09-2336$ EMC
(SEE ATTACHED SCHEDULE)

**FILED**

SEP - 8 2009

**CONDITIONAL TRANSFER ORDER (CTO-323)** RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,648 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jul 02, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 9/28/09

ATTEST: _____

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                          MDL No. 875

### SCHEDULE CTO-323 - TAG-ALONG ACTIONS

**DIST.**   **DIV.**   **C.A. #**      **CASE CAPTION**

CALIFORNIA NORTHERN

~~CAN      3      09-2187~~      ~~Thomas Hixson v. Allis-Chalmers Corp. Product Liability~~
                                ~~Trust, et al.~~ **Opposed 6/30/09**
~~CAN      3      09-2189~~      ~~Patrick Farley v. Associated Insulation of California, et al.~~
                                **Opposed 6/30/09**
CAN      3      09-2244      Henry Salm v. Foster Wheeler, LLC
CAN      3      09-2245      Ruben Valdez v. General Electric Co.
CAN      3      09-2246      William Cooper v. General Electric Co., et al.
CAN      3      09-2248      Miramon Anaya v. General Electric Co., et al.
CAN      3      09-2282      John McCollister v. General Electric Co., et al.
CAN      3      09-2285      Eldon Marlow v. Northrop Grumman Corp., et al.
CAN      3      09-2336      Kenneth W. Johnson v. Foster Wheeler, LLC
~~CAN      3      09-2363~~      ~~William Dennis, et al. v. Allis-Chalmers Corp. Product Liability~~
                                ~~Trust, et al.~~ **Vacated 7/1/09**
CAN      3      09-2424      Patricia Pistilli, et al. v. McDonnell Douglas Corp., et al.
CAN      3      09-2433      Vernice Bryant, et al. v. General Electric Co., et al.
CAN      4      09-2335      James Connolly v. General Electric Co., et al.

CONNECTICUT
CT       3      09-373       Jayne DeMarco, et al. v. Buffalo Pumps, Inc., et al.

MICHIGAN EASTERN
MIE      2      09-12293     Larry E. Miller, et al. v. Ford Motor Co.

NORTH CAROLINA MIDDLE
NCM      1      08-735       Bryan D. Pritchard, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
NCW      1      09-185       Tommy Junior Spearman, et al. v. Aqua-Chem, Inc., et al.
NCW      1      09-186       Johnny Bryant Ferrell, Sr., et al. v. Aqua-Chem, Inc., et al.
NCW      1      09-191       Harold Dan Honeycutt, et al. v. Aqua-Chem, Inc., et al.
NCW      1      09-192       David Hargett, et al. v. Aqua-Chem, Inc., et al.
NCW      1      09-195       Marvin Eugene Griffin, Sr., et al. v. Alfa Laval, Inc., et al.
NCW      1      09-204       Reza Djali, et al. v. Aqua-Chem, Inc., et al.
NCW      1      09-207       Michael Wayne Wilson, et al. v. Aqua-Chem, Inc., et al.
NCW      1      09-208       Marion Wayne Sexton v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-323 Tag-Along Actions (Continued)**

NEW HAMPSHIRE
| NH | 1 | 09-194 | Kenneth Wentworth, et al. v. A.W. Chesterton Co., et al. |
| NH | 1 | 09-202 | Ann M. Chiampa v. Trane U.S., Inc., et al. |

OHIO NORTHERN
| OHN | 1 | 09-10012 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10013 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| OHN | 1 | 09-10014 | Willard E. Bartel, et al. v. A-C Product Liability Trust, et al. |
| ~~OHN~~ | ~~1~~ | ~~09-10016~~ | ~~Robert Shepherd, et al. v. Allied Signal, Inc., et al.~~ **Opposed 7/1/09** |

SOUTH CAROLINA
| SC | 0 | 09-1371 | Martin Leslie Smith, Jr. et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-1512 | Howard Durant Rhyne, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-1451 | Melvin Haroldean Mullinax, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1262 | Fredrick Eckel Gregg v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1265 | David Brian Adams v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1389 | Timothy Waynel LeCroy, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-1450 | John Stephen Williams v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN
| VAE | 2 | 09-9535 | George W. Mcmullen v. American Standard, Inc., et al. |
| VAE | 2 | 09-9536 | Franklin R. Payne v. American Standard, Inc., et al. |
| VAE | 2 | 09-9537 | William H. Monroe, Jr. v. American Standard, Inc., et al. |
| ~~VAE~~ | ~~2~~ | ~~09-9538~~ | ~~William H. Monroe, Jr., etc. (Linwood R. Johnson) v. Garlock Sealing Technologies, LLC, et al.~~ **Opposed 6/30/09** |
| VAE | 2 | 09-9539 | Carlos M. Bays v. American Standard, Inc., et al. |
| VAE | 2 | 09-9540 | Wayne Willis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9541 | John H. Ankoviak v. American Standard, Inc., et al. |
| VAE | 2 | 09-9542 | George Bierzynski v. American Standard, Inc., et al. |
| VAE | 2 | 09-9543 | Richard H. Chattin v. American Standard, Inc., et al. |
| VAE | 2 | 09-9544 | Sherman A. Fields, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9545 | Bobby N. Holland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9546 | Alf G. Hustoft v. American Standard, Inc., et al. |
| VAE | 2 | 09-9547 | Francis R. Jenkins, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9548 | Ray Lathrop v. American Standard, Inc., et al. |